IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DELWIN G.,                                                  No. 6:21-cv-00597-HZ

            Plaintiff,                                 ORDER

    v.

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

            Defendant.

HERNÁNDEZ, Senior Judge:

Plaintiff Delwin G. brought this action seeking review of the Commissioner's final decision to deny Disability Insurance Benefits. On January 12, 2023, the Court reversed the Commissioner's decision and ordered that the case be remanded for additional proceedings. Op. & Order, ECF 23. Judgment was also entered on January 12, 2023. J., ECF 24. On December 11, 2025, Plaintiff's counsel received a notice from the Social Security Administration that it was withholding funds from Plaintiff's back benefits to pay Plaintiff's attorney fees. Pl. Mot. Ex. B, ECF 27-3; Pl.'s Suppl., ECF No. 30.

1 – ORDER

Plaintiff now seeks an award of fees of $24,006.43 pursuant to 42 U.S.C. § 406(b). Pl. Mot., ECF 28. Defendant has no objection to the request. *Id*. The Court has reviewed the record in the case, the motion, and the supporting materials including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court finds the requested fees reasonable.

The Court GRANTS the motion [27] and awards Plaintiff's counsel $24,006.43 in attorney's fees under 42 U.S.C. § 406(b). Previously, the Court awarded Plaintiff attorney's fees in the amount of $6,889.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Upon payment of the § 406(b) fees, Plaintiff's counsel will refund any EAJA fees received by counsel to Plaintiff. Any amount withheld after all administrative and court attorney's fees are paid should be released to the claimant.

IT IS SO ORDERED.

DATED: _____December 22, 2025_____.

_____
MARCO A. HERNÁNDEZ
United States Senior District Judge

2 – ORDER